UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF EAGLE EXPRESS  ) | |
| CHARTERS AS OWNER OF THE F/V  ) | CIV. ACT. NO. 1:21-cv-170-TFM-B |
| EAGLE EXPRESS FOR EXONERATION  ) | |
| FROM OR LIMITATION OF LIABILITY  ) | |

**ORDER APPROVING EAGLE EXPRESS CHARTERS' LETTER OF UNDERTAKING, RESTRAINING PROSECUTION OF CLAIMS, DIRECTING ISSUANCE OF NOTICE, AND SETTING DEADLINE TO ASSERT CLAIMS**

Pending before the Court is Petitioner's *Motion for Interim Relief and for Entry of a Concursus Order* (Doc. 2, filed 4/5/21). A Complaint for Exoneration From or Limitation of Liability ("Limitation Complaint") having been filed by Richard D. Price d/b/a Eagle Express Charters, as owner of the EAGLE EXPRESS ("EEC"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq.*, 46 U.S.C. §§ 30101, *et seq.*, and Rule F of the *Supplemental Rules for Certain Admiralty or Maritime Claims* of the *Federal Rules of Civil Procedure*, for any loss, damage, or injury, caused, occasioned, or occurring as a result of the incident occasioned on September 16, 2020, as is more fully described in the Limitation Complaint;

The Limitation Complaint having stated that the value of EEC's interest in the EAGLE EXPRESS at the end of such voyage and any pending freight does not exceed $3,556.00, as set forth in the Limitation Complaint and its sworn Declaration of Vessel Value. *See* Doc. 1

EEC having submitted to the Court, as security for the benefit of claimants, a letter of undertaking, not less than equal to the amount or value of EEC's interest in the EAGLE EXPRESS ($3,556.00) and her pending freight and security for costs ($1,000.00) in the total sum of $4,556.00 with interest at six (6%) per cent per annum from its date, executed by a duly authorized agent for EEC's liability insurer. *See* Doc. 1-2.

Accordingly, Petitioner's *Motion for Interim Relief and for Entry of a Concursus Order*

(Doc. 2) is **GRANTED**. The Court finds the motion to be in compliance with Rule F(1), Supplemental Rules for Admiralty or Maritime Claims and **ORDERS** as follows:

1) The above-described Letter of Undertaking deposited by EEC with the Court for the benefit of claimants, in the amount of $4,556.00, as security for the value of the Vessel and its pending freight and as security for costs, plus 6% per annum interest, is **ACCEPTED** and **APPROVED**, subject to the right of any claimant to petition the Court for an increased in such security;

2) Notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Limitation Complaint seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for EEC, a copy thereof on or before **June 25, 2021**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he/she shall file and serve on counsel for EEC an Answer to the Limitation Complaint on or before the said date, unless his/her claim has included an Answer to the Limitation Complaint, so designated, or be defaulted;

3) The aforesaid notice shall be published in the *Mobile Press-Register* once a week, for four consecutive weeks, prior to the date fixed with the filing of claims, as provided by Supplemental Admiralty Rule F; and copies of the notice shall also be mailed to any known claimants. Petitioner EEC is responsible for coordinating with the U.S. Marshal (as appropriate) and the *Mobile Press-Register* as to the publication dates.

4) The further prosecution of any and all actions, suits, claims, and proceedings already commenced, and the commencement or prosecution hereafter of any and all suits, actions or proceedings of any nature in any jurisdiction, against EEC, the Vessel, their employees, and/or insurers arising from the incident occasioned on September 16, 2020, as is more fully

set forth in the Limitation Complaint, are hereby **RESTRAINED, STAYED,** and **ENJOINED** until the hearing and determination of this action exclusively;

5) Service of this Order as a restraining order may be made by mailing a conformed copy thereof, by certified mail, to the person or persons to be restrained, or to their respective counsel, or alternatively, delivered by hand.

**DONE** and **ORDERED** this the 15th day of April, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE